IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS INSETTA AND ANN INSETTA, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 14-1890 |
| THE FIRST LIBERTY INSURANCE CORPORATION, | |
| Defendant. | |

**O R D E R**

**AND NOW,** this 20th day of March 2015, upon consideration of Defendant, First Liberty Insurance Corporation's, Motion for Partial Summary Judgment (Doc. No. 13), the Response in Opposition filed by Plaintiffs, Louis and Ann Insetta, and Defendant's Reply thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Accordingly, Plaintiffs' bad faith claim is **DISMISSED** from this action.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE